FILED
2002 DEC -2 PM 2: 07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GJR MANAGEMENT HOLDINGS, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 02-PT-1725-S |
| ) | |
| CTI BUILDING SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

ENTERED
DEC 02 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 9) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the default judgment is due to be granted and the plaintiff is due to be awarded a monetary judgment against the defendant for damages in the amount of $295,398.71 and expenses of $150.00. The total amount due to be awarded to the plaintiff is $295,548.71. An appropriate order will be entered.

DONE, this 2nd day of December, 2002.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

11